# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RADEMAKER,<br><br>                               Plaintiff,<br>v.<br>D. PARAMO, et al.,<br><br>                             Defendants. | Case No.: 17-cv-02406-JLB-KSC<br><br>**ORDER STRIKING PLAINTIFF'S MOTION**<br><br>**[ECF No. 66]** |

     Before the Court is Plaintiff's "Motion for the Defense to Pr[ovide] All Grievances as Ordered by the Court on February 4, 2019." (ECF No. 66.) Plaintiff appears to have filed this motion in the wrong case. Although Plaintiff wrote this case's number in the caption of his motion, it appears from the relief sought in the motion that Plaintiff meant to file it in *Rademaker v. Juarez, et al.*, 18-cv-01831-WQH-AGS ("*Juarez*"). Additionally, Plaintiff filed the same motion in *Juarez* (*Juarez*, ECF No. 30), and it has already been ruled upon (*Juarez*, ECF No. 33).

///
///
///

1

The Court therefore **STRIKES** Plaintiff's motion.  Accordingly, the Clerk of Court shall **STRIKE** ECF No. 66 from the docket.

**IT IS SO ORDERED.**

Dated:  September 26, 2019

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge